United States District Court
Southern District of Texas
**ENTERED**
June 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SALVADOR SEGOVIA, JR.,** § | |
| § | |
| *Plaintiff,* § | |
| VS. § | **CIVIL ACTION NO. 4:24-cv-01223** |
| § | |
| **IBRAHIM AND MAZEN GANIM** § | |
| **FAMILY PARTNERSHIP, LTD.,** § | |
| § | |
| *Defendant.* | |

### ORDER

Plaintiff filed a Notice of Voluntary Dismissal with Prejudice of his claims in this action against Defendant. ECF No. 10. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, claims against Defendant are **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 17th day of June, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE